This document was signed electronically on November 05, 2010, which may be different from its entry on the record.

IT IS SO ORDERED.



Dated: November 05, 2010

_____
Pat E. Morgenstern-Clarren
United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In re: | Kelsey N Whitlow | ) Chapter 13 Case No. 09-21667-M |
| | XXX-XX-4947 | ) |
| | | ) Hon. Pat E. Morgenstern-Clarren |
| | | ) |
| | Debtor | ) |

### ORDER DISMISSING CASE AND RELEASING
### INCOME OF DEBTOR FROM THE JURISDICTION OF THE COURT

    This case came on for consideration by the Court upon the Trustee's Motion to Dismiss Case for Failure to Fund that was filed on September 28, 2010. No response was filed by the Debtor. The case is hereby dismissed due to the material default in the funding of the Plan by the Debtor.

    The Debtor and/or the Debtor's employer, as well as the future income of the Debtor, is hereby released from the supervision and control of the Court, as well as any order of the Court requiring payments to the Trustee in this case.

Submitted by:
/S/ Craig Shopneck
-------------------
CRAIG SHOPNECK (#0009552)
Chapter 13 Trustee
200 Public Square, BP Tower Suite 3860
Cleveland OH 44114-2321
Phone (216) 621-4268   Fax (216) 621-4806
Ch13shopneck@ch13cleve.com

## SERVICE LIST

Craig Shopneck, Chapter 13 Trustee

Office of the U.S. Trustee (served via ECF)

All creditors and parties of interest

Melissa L Resar, Attorney for Debtor (served via ECF)

Kelsey N Whitlow, Debtor
9701 Nelson Avenue
Cleveland OH 44105

Avi Food Systems, Employer
Attn: Payroll, 2590 Elm Road
Warren OH 444832904


CS/bas
11/04/10

###